**Order entered December 18, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00831-CR

**XAZIVER WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2
Dallas County, Texas
Trial Court Cause No. F15-35121-I**

## ORDER

Before the Court is appellant's December 16, 2019 second motion to extend the time to file his brief. We **GRANT** the motion and extend the time to **January 15, 2020**. Appellant is cautioned that further extensions are disfavored and, absent extenuating circumstances, may result in the appeal being abated for a hearing under rule 38.8. *See* Tex. R. App. P. 38.8(b)(3).

/s/     CORY L. CARLYLE
           JUSTICE